No.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20360
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELOISA RODRIGUEZ,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-414-3
- - - - - - - - - - -
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Eloisa Rodriguez appeals her sentence following her conviction on one count of possession of cocaine with the intent to distribute. She argues that the district court clearly erred by denying her a two-level downward adjustment in her offense level based upon her minor role in the offense. We have reviewed the record and the briefs of the parties, and we conclude that the district court did not clearly err by denying Rodriguez the sought after adjustment. See United States v. Zuniga, 18 F.3d 1254, 1261 (5th Cir. 1994). Her sentence is AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.